IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RENATO G. CATACUTAN,

                Plaintiff,

        v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                Defendant.

ORDER

18-cv-764-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Renato G. Catacutan filed this lawsuit seeking review of a final decision denying his claim for disability insurance benefits under the Social Security Act. 42 U.S.C. § 405(g). His brief in support of his appeal was due on January 4, 2019, but he did not file one. On May 23, 2019, I gave plaintiff until June 6, 2019 to file a brief in support of his appeal and warned him that his case would be dismissed for failure to prosecute if he did not respond. Dkt. #14. The deadline has passed, and the court has received nothing from plaintiff. Accordingly, I am dismissing this case with prejudice for plaintiff's failure to prosecute. James v. McDonald's Corp., 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Renato G. Catacutan's appeal is DISMISSED WITH PREJUDICE for his failure to prosecute it. The clerk of court is directed to enter judgment for defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and close this case.

Entered this 17th day of June, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge