IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENATO G. CATACUTAN,

    Plaintiff,

  v.

NANCY A. BERRYHILL,

    Defendants.

Case No. 18-cv-764-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy Berryhill, Acting Commissioner of Social Security, denying plaintiff Renato G. Catacutan's application for disability benefits is AFFIRMED and dismissing the appeal with prejudice.

| /s/ | 6/17/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |